UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| SCOTT K. GEARY, and ) | Case No. 08-46248-705 |
| KAREN A. GEARY, ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| GEORGE MAHLER, and ) | **Adversary No. 09-4133-659** |
| MONICA MAHLER, ) | |
| ) | PUBLISHED |
| Plaintiffs, ) | |
| ) | |
| -v- ) | |
| ) | |
| SCOTT K. GEARY, and ) | |
| KAREN A. GEARY, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Facts and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint is GRANTED IN PART in that judgment is entered in favor of Plaintiffs George and Monica Mahler and against Defendants Scott K. and Karen A. Geary for nominal damages of $999.99 for removal of the fish pond, the bay shelves and ironing board cabinet that are fixtures; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint is DENIED IN PART and judgement is entered in favor of Defendants Scott K. and Karen A. Geary and against Plaintiffs George and Monica Mahler in that Defendants Scott K. and Karen A. Geary are not liable for the condition of the mailbox and mailbox post; and

**IT IS FURTHER ORDERED THAT** this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: April 9, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Charles W. Riske
Attorney at Law
231 S. Bemiston, Suite 1220
St. Louis, MO 63105

Scott and Karen Geary
4241 Lockeport Landing
Hillsboro, MO 63050

Craig A. Smith
Polsinelli Shughart PC
7733 Forsyth, Fl. 12
St. Louis, MO 63105